# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS A BOJO,<br><br>  Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EVELIA GILVILLABOS,<br><br>  Defendant. | Case No. 1:24-po-00062-SAB-1<br><br>ORDER ACKNOWLEDGING MOTION TO STAY JUDGMENT OF SENTENCE PENDING APPEAL<br><br>(ECF No. 72)<br><br>**OCTOBER 31, 2025 DEADLINE** |

The Court was recently notified of the motion to stay judgment of incarceration pending appeal filed by Defendants Thomas A Bojo and Evelia Gilvillabos. (ECF No. 72.) The Court observes that Defendant Gilvillabos is due to surrender on November 7, 2025. (ECF No. 67.) The Court acknowledges the receipt of the motion and observes that Plaintiff Untied States has through **October 31, 2025,** to file an opposition. Thereafter, the Court will take the matter under submission.

IT IS SO ORDERED.

Dated:  **October 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge