# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS A BOJO,<br><br>    Defendant. | Case No. 1:24-po-00062-SAB-1<br><br>ORDER GRANTING MOTION FOR STAY OF SENTENCE<br><br>(ECF No. 72) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EVELIA GILVILLABOS,<br><br>    Defendant. | |

Before the Court is Defendant Evelia GilVillabos's ("Defendant") motion for a stay of sentence of imprisonment pending the disposition of her appeal of the Court's imposition of judgment. (ECF No. 72.) Plaintiff United States of American ("the Government") filed a late non-opposition to the motion. (ECF No. 78.) Upon review of the briefs, the Court takes the matter under submission without a hearing. L.R. 230(g).

Under Federal Rule of Criminal Procedure 38(b)(1), a court must stay a sentence of imprisonment if the defendant is released pending appeal. Fed. R. Crim. P. 38(b)(1). Because Defendant seeks only to stay her sentence of four days of incarceration, the Court will grant the motion.

Accordingly, the Court GRANTS the motion for a stay of sentence of imprisonment, but not her probation. (ECF No. 72.) The Court HEREBY ORDERS Defendant's sentence of imprisonment is STAYED pending her appeal.

However, should Defendant be arrested and/or convicted of any new law violation (federal, state, or local) during the pendency of this appeal, the Court will revoke the stay and order her to report within 10 days of the order.

IT IS SO ORDERED.

Dated:    **November 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge